UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICE LESAL BRYANT | * | CIVIL ACTION |
| VERSUS | * | NO: 11-0564 |
| MICHAEL J. ASTRUE COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | * | SECTION: "C"(5) |

## O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendant's motion to dismiss is **GRANTED** and that plaintiff's suit is **DISMISSED** for want of jurisdiction.

New Orleans, Louisiana, this 3 day of August, 2011.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE